# Court of Appeals
# of the State of Georgia

ATLANTA,  May 01, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1719.  TIMOTHY RIGNEY v. SAGE ACQUISITIONS, LLC.**

Timothy Rigney filed a breach of contract action against Sage Acquisitions, LLC in magistrate court.  The magistrate court entered a judgment in favor of Rigney, and Sage Acquisitions appealed the decision to the superior court.  The superior court subsequently granted summary judgment in favor of Sage Acquisitions.  Rigney then filed this direct appeal.  We, however, lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal."  *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1).  Because Rigney did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal. Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  05/01/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*